BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
        -and-
SALVATORE J. GRAZIANO
(sgraziano@blbglaw.com)
SAMUEL J. LIEBERMAN
(slieberman@blbglaw.com)
JOHN RIZIO-HAMILTON
(johnr@blbglaw.com)
KATHERINE SINDERSON
(katherine@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

Lead Counsel for Lead Plaintiff
New York State Teachers' Retirement System

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>FREMONT GENERAL CORPORATION, et al.,<br><br>                    Defendants. | Case No. CV 07-5756 FMC (FFMx)<br><br>**NOTICE OF LEAD PLAINTIFFS' MOTION FOR REVIEW PURSUANT TO LOCAL RULE 72-2.1, OF THE MAGISTRATE JUDGE'S NOVEMBER 5, 2009 ORDER**<br><br>Date:      December 21, 2009<br>Time:     10:00 a.m.<br>Place:     Courtroom 750<br>             Los Angeles - Roybal<br>Judge:    Hon. Florence-Marie Cooper |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT on December 21, 2009 at 10:00 a.m., before the Honorable Florence-Marie Cooper, in Courtroom 750, located at 255 East Temple Street, Los Angeles, California 90012, Lead Plaintiff the New York State Teachers' Retirement System respectfully will move this Court for entry of an Order granting limited Review the Magistrate Judge's November 5, 2009 Order. This Motion is made on the grounds that the Magistrate Judge's November 5, 2009 Order was clearly erroneous in that it found that Lead Plaintiff's request was not particularized.  Lead Plaintiff seeks to modify a portion of the Order that denies Lead Plaintiff's motion for leave to issue a subpoena to Confidential Witness 34 for the production of certain documents in that witness's possession.

WHEREFORE, the New York State Teachers' Retirement System respectfully requests that the Court enter an Order Modifying the Discovery Stay.

Dated: November 19, 2009                    Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP


                                    _/s/ David R. Stickney_
                                  DAVID R. STICKNEY

DAVID R. STICKNEY
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
          -and-
SALVATORE J. GRAZIANO
SAMUEL J. LIEBERMAN
JOHN RIZIO-HAMILTON
KATHERINE SINDERSON
1285 Avenue of the Americas
New York, NY  10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

Lead Counsel for Lead Plaintiff
New York State Teachers' Retirement
System and the Class