BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
(davids@blbglaw.com)
IAN D. BERG (Bar No. 263586)
(ianb@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK STATE TEACHERS' RETIREMENT SYSTEMS, Individually and on Behalf of All Others Similarly Situated,<br>PLAINTIFF(S),<br>v.<br>FREMONT GENERAL CORPORATION, et al.<br>DEFENDANT(S). | CASE NUMBER:<br><br>Case no. 2:07-cv-5756-JHN-FFMx<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that ___New York State Teachers' Retirement System___ hereby appeals to the United
*Name of Appellant*
States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   [Dkt. 167]  Order Granting Motion To Dismiss The Third Amended Consolidated Class Action Securities Complaint

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___March 29, 2010___. Entered on the docket in this action on ___March 29, 2010___.

A copy of said judgment or order is attached hereto.

| ___4/26/2010___ | ___/s/ David R. Stickney___ |
|---|---|
| Date | Signature |
| | ☐ Appellant/ProSe ☒ Counsel for Appellant ☐ Deputy Clerk |

**Note:** This Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).