1  BERNSTEIN LITOWITZ BERGER
       & GROSSMANN LLP
2  DAVID R. STICKNEY   (Bar No. 188574)
   (davids@blbglaw.com)
3  IAN D. BERG (Bar No. 263586)
   (ianb@blbglaw.com)
4  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
5  Tel:   (858) 793-0070
   Fax:   (858) 793-0323
6        -and-
   SALVATORE J. GRAZIANO
7  (sgraziano@blbglaw.com)
   1285 Avenue of the Americas
8  New York, NY 10019
   Tel:   (212) 554-1400
9  Fax:   (212) 554-1444

10 Lead Counsel for Lead Plaintiff
11 New York State Teachers' Retirement System

12            UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14 NEW YORK STATE TEACHERS'          Case No. CV 07-5756 JHN (FFMx)
15 RETIREMENT SYSTEM,
   Individually and On Behalf of All  [PROPOSED] JUDGMENT
16 Others Similarly Situated,
17
                 Plaintiff,
18
19          v.
20 FREMONT GENERAL
21 CORPORATION, et al.,
22               Defendants.
23
24
25
26
27
28

[PROPOSED] JUDGMENT
Case No. CV 07-5756 JHN (FFMx)

1    Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6)

2   and 9(b), and the matter having come before the Honorable Jacqueline H. Nguyen,

3   and the Court, on March 29, 2010, having rendered its Opinion granting

4   defendants' motion to dismiss and dismissing the case in its entirety, it is,

5      **ORDERED, ADJUDGED AND DECREED**:  That for the reasons stated

6   in the Court's Opinion dated March 29, 2010, defendants' motion to dismiss is

7   granted and the case is dismissed in its entirety.

8

9   Dated:  April 27, 2010

10

11   _____
    HON. JACQUELINE H. NGUYEN
    UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28